1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

11   JAMES R. ARABIA,                    )   Case Nos. 3:13-cv-0746-GPC-WVG
                                         )             3:13-cv-0753-GPC-WVG
12                                       )
                                         )   **ORDER GRANTING**
13                        Appellant,     )   **APPELLANT'S REQUEST FOR**
     v.                                  )   **CONSOLIDATION AND**
14                                       )   **DENYING AS MOOT**
                                         )   **APPELLANT'S EX PARTE**
15   CWMBS, INC., et al.                 )   **APPLICATION FOR**
                                         )   **CONCURRENT BRIEFING**
16                                       )   **SCHEDULES**
                         Appellees.      )
17   _____)

18

19        On March 28, 2013, appellant debtor James R. Arabia ("Appellant"), proceeding

20   *pro se*, filed two notices of appeal from the United States Bankruptcy Court for the

21   Southern District of California.  One appeal was assigned to Judge Moskowitz (case

22   no. 3:13-cv-0753-BLM-MDD) ("753 Case"); the other was assigned to this Court (case

23   no. 3:13-cv-0746-GPC-WVG) ("746 Case").  Judge Moskowitz and this Court set

24   different briefing schedules in each case.

25        On April 19, 2013, Appellant filed, in the 753 Case, a notice of related cases and

26   request for expedited consideration of transfer and consolidation with the 746 Case.

27   On April 25, 2013, the 753 Case was deemed related to the 746 Case and transferred

28   to this Court pursuant to the Low-Number Rule (new case no. 3:13-cv-0753-GPC-

1  WVG).  On May 1, 2013, Appellant filed, in the 746 Case, an ex parte application
2  requesting concurrent briefing schedules.

3      Having reviewed Appellant's request for consolidation and ex parte application
4  for concurrent briefing schedules, along with the notices of appeal and related
5  documents filed in each case, the Court will consolidate the cases.

6      Consolidation is within the broad discretion of the district court.  *In re Air Crash*
7  *Disaster at Florida Everglades*, 549 F.2d 1006, 1013-14 (5th Cir. 1977).  Under
8  Federal Rule of Civil Procedure 42(a), this Court can consolidate cases that "involve
9  a common question of law or fact."  Fed. R. Civ. P. 42(a).  A district court may *sua*
10 *sponte* consolidate actions as part of its broad discretion to manage its caseload.  *In re*
11 *Adams Apple*, 829 F.2d 1484, 1487 (9th Cir. 1987); *see also Devlin v. Transp.*
12 *Commc'ns. Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999).  The rule should be
13 employed as "a valuable and important tool of judicial administration."  *Devlin*, 175
14 F.3d at 130 (quotation omitted).

15     Here, the appeals arise from the same bankruptcy case, involve the same parties,
16 and call for determination of the same or substantially identical questions of law.  The
17 746 Case arises from the bankruptcy court's order denying Appellant's motion for
18 turnover, and the 753 Case arises from the bankruptcy court's order remanding a
19 portion of Appellant's bankruptcy case for a determination of the issues underlying
20 Appellant's motion for turnover.  Thus, the Court finds it appropriate to **GRANT**
21 Appellant's request for consolidation. Accordingly, **IT IS HEREBY ORDERED** that
22 the 746 Case is consolidated with the 753 Case.  The 746 Case is the lead case; thus,
23 the Court **DIRECTS** the parties to file all future documents solely in the 746 Case.
24 The the parties need not refer to the 753 Case on any of those filings.

25     **IT IS FURTHER ORDERED** that the briefing schedule that Judge Moskowitz
26 set in the 753 Case is **VACATED**.  Thus, the briefing schedule set in the lead case will
27 govern the briefing in these consolidated cases.  Appellant's ex parte application for
28 / / /

1  concurrent briefing schedules is therefore **DENIED AS MOOT**.

2  DATED:  May 3, 2013

3

4  HON. GONZALO P. CURIEL
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28